## Folino et al., Appellants, *v.* Commonwealth.

Argued April 15, 1965. *William Moldovan,* for appellants; *Andrew L. Weil,* Special Assistant Attorney General, with him *Edward A. Collins, Jr.,* Assistant Attorney General, *John R. Rezzolla,* Chief Counsel, and *Walter E. Alessandroni,* Attorney General, for Commonwealth, appellee.

Order affirmed.

FLOOD, J., absent.

## Harrover Unemployment Compensation Case.

Argued April 15, 1965. *Mary E. Harrover,* claimant, appellant, in propria persona, submitted a brief; *Sydney Reuben,* Assistant Attorney General, with him *Walter E. Alessandroni,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

FLOOD, J., absent.